AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gonzalez, Jr., Jose A. | 2. Court or Organization<br><br>U.S. District Court, So.District of Florida | 3. Date of Report<br><br>05/03/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>205D, United States Courthouse<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/03/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gonzalez, Jr., Jose A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BankAmerica Market Line Acct., Fort Lauderdale, FL | A | Interest | J | T | | | | | |
| 2. | SunBank Money Mkt Acct., Fort Lauderdale, FL | A | Interest | J | T | | | | | |
| 3. | Oxford Tax Exempt | A | Interest | J | T | | | | | |
| 4. | Coca-Cola | A | Dividend | J | T | | | | | |
| 5. | Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 6. | Nextera Energy (nee FPL) | A | Dividend | K | T | | | | | |
| 7. | Morgan Stanley Tax Free, Inc. | A | Interest | K | T | | | | | |
| 8. | General Electric Co. | B | Dividend | K | T | | | | | |
| 9. | Morgan Stanley Asset Trust CTR -IRA | A | Interest | L | T | | | | | |
| 10. | Nextera Energy - IRA (nee FPL) | A | Dividend | J | T | | | | | |
| 11. | Morgan Stanley Active Assets Acct. | A | Interest | J | T | | | | | |
| 12. | SunTrust Banks | B | Dividend | K | T | | | | | |
| 13. | Bond - FLA ST BOE Pub Educ. | A | Interest | L | T | | | | | |
| 14. | Bristol Myers Squibb | B | Dividend | K | T | | | | | |
| 15. | Exxon Corp. | B | Dividend | L | T | | | | | |
| 16. | Blackrock Muniyield, etc. | B | Dividend | K | T | | | | | |
| 17. | Acreage - Highlands County, FL | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Coml Rental, Fort Lauderdale, FL (Quester) | B | Rent | L | W | | | | | |
| 19.   Verizon Communications (Bell Atlantic) | B | Dividend | K | T | | | | | |
| 20.   Kimberly Clark | A | Dividend | J | T | | | | | |
| 21.   SBC Communications (SW Bell) (Also Ameritech and AT&T) | C | Dividend | K | T | | | | | |
| 22.   H.J. Heinz | A | Dividend | J | T | | | | | |
| 23.   Grady's Bar, Inc., Fort Lauderdale, FL | D | Dividend | L | W | | | | | |
| 24.   Lee Bank | A | Interest | J | T | | | | | |
| 25.   Equitable Life | A | Interest | K | T | | | | | |
| 26.   Hewlett Packard - IRA | A | Dividend | K | T | | | | | |
| 27.   Vodafone GP PLC (Gallaher CP PLC) | A | Dividend | K | T | | | | | |
| 28.   Supervalu, Inc. (nee Albertsons) | A | Dividend | J | T | | | | | |
| 29.   BankAmerica Checking and Savings | A | Interest | J | T | | | | | |
| 30.   Agilent Technologies | | None | J | T | | | | | |
| 31.   Interactive Corp. | | None | J | T | | | | | |
| 32.   Citigroup | A | Dividend | J | T | Sold (part) | 10/28/11 | J | A | |
| 33.   Kraft Foods | A | Dividend | J | T | | | | | |
| 34.   Pepsico, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Zimmer Holdings | | None | J | T | | | | | |
| 36. | Copeland Real Estate, Inc., Fort Lauderdale, FL 12/31/07 | E | Dividend | O | W | | | | | |
| 37. | Florida St.Bd.Ed. Cap Bond | B | Interest | | | Redeemed | 07/12/11 | K | A | |
| 38. | Florida St. Turnpike Auth Rev. Bond | A | Interest | K | T | | | | | |
| 39. | Tampa Bay Water Sup Re. Bond | A | Interest | | | Sold | 10/03/11 | K | A | |
| 40. | Comcast | A | Dividend | J | T | | | | | |
| 41. | Franklin F/L T/F Income | D | Interest | M | T | | | | | |
| 42. | Van Kampen Tax Exempt | D | Interest | M | T | | | | | |
| 43. | Bond - Jacksonville Fla GTD Entitlement | B | Interest | J | T | | | | | |
| 44. | Neenah Paper Inc. | | None | J | T | | | | | |
| 45. | Del Monte Foods | A | Dividend | J | T | | | | | |
| 46. | Wells Fargo (nee Wachovia) | B | Dividend | K | T | | | | | |
| 47. | Wells Fargo (nee World Savings) CD | B | Interest | M | T | | | | | |
| 48. | Idearc, Inc (Spun-off Verizon) | | None | J | T | | | | | |
| 49. | Ticketmaster | | None | | | Sold | 12/21/11 | J | A | |
| 50. | Tree.Com | | None | J | T | | | | | |
| 51. | HSN, Inc. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V = Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gonzalez, Jr., Jose A. | 05/03/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Interval Leisure Group | | None | J | T | | | | | |
| 53. Expedia | A | Dividend | | | Sold | 12/21/11 | J | A | |
| 54. BBT CD | A | Interest | J | T | Buy | 07/09/11 | J | | |
| 55. Gilead Science | | None | K | T | | | | | |
| 56. Port St. Lucie Bond | A | Interest | K | T | | | | | |
| 57. St. Lucie County Bond | B | Interest | K | T | | | | | |
| 58. First Citizens Bank | A | Interest | J | T | | | | | |
| 59. BB & Trust Co. (See BBT CD above) | A | Interest | | | Redeemed | 07/01/11 | J | | |
| 60. Frontier Comm Corp. | A | Interest | J | T | | | | | |
| 61. Merck & Co. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
    (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                       J = $15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
    (See Columns C1 and D3)   N - $250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                           P3 =$25,000,001 - $50,000,000                                   P4 =More than $50,000,000
3. Value Method Codes         Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment            T = Cash Market
    (See Column C2)               U - Book Value          V = Other                          W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. BB & Trust Co. and BBTCD are duplicates of the same transaction. This CD was purchased 7/10/10, redeemed on 7/9/11, and reinvested on 7/9/11.

2. The 2010 Report Incorrectly noted Franklin F/L TF income as having been sold. In fact, it had not.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jose A. Gonzalez, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544